# NO. 12-17-00382-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE* | § | *APPEAL FROM THE 321ST* |
| *MARRIAGE OF TONYA WISE* | § | *JUDICIAL DISTRICT COURT* |
| *AND STEVEN B. WISE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Steven B. Wise, has filed a motion to dismiss this appeal. In his motion, Wise states that the parties have reached a settlement agreement and the trial court granted a new trial to allow the parties to effectuate the agreement. Accordingly, Wise's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered December 21, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 21, 2017**

**NO. 12-17-00382-CV**

**IN THE MATTER OF THE MARRIAGE OF
TONYA WISE AND STEVEN B. WISE**

Appeal from the 321st District Court

of Smith County, Texas (Tr.Ct.No. 16-2260-D)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*